Catherine Cox, as Executrix of Edward P. McGrath, Deceased, Respondent, v. State of New York, Appellant. (Claim No. 30169.) Catherine Cox, as Executrix of Edward P. McGrath, Deceased, Respondent, v. State of New

YORK, Appellant. (Claim No. 30168.) — Motion granted to the extent of setting the cases down for reargument on the question of whether the decision and order of this court in each case should be modified so as to provide that the reversal is solely on the law and that the court has not yet considered the findings of fact. Foster, P. J., Coon, Halpern and Imrie, JJ., concur; Bergan, J., taking no part. [See *ante,* p. 815; *post,* p. 912.]